ACCEPTED
03-14-00819-cv
3894566
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 11:30:41 AM
JEFFREY D. KYLE
CLERK

# THE  LAW FIRM PLLC

1504 San Antonio Street
Austin, Texas 78701
gpetras@petraslawfirm.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 11:30:41 AM
JEFFREY D. KYLE
Clerk

(512) 334-9583 Telephone
(512) 334-9709 Facsimile
lmunoz@petraslawfirm.com

January 26, 2015

**VIA E-FILE**
Courtland Crocker
Deputy Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re:  Cause Number 03-14-00819-CV; *Judy Weirich v. IESI Corporation and Southside Wrecker, Inc.;* In the Court of Appeal, Third District of Texas, Austin Division.

Cause Number CV07387; *Judy Weirich v. IESI Corporation and Southside Wrecker, Inc.;* In the 424th Judicial District Court of Blanco County, Texas.

Dear Mr. Crocker:

Although I did receive the attached notification by e-mail on December 31, 2014, I am writing to correct my contact information as set forth therein. I have not been associated with the law firm stated since July 31, 2013 and that law firm has not been located at that address since December 1, 2012.

My full contact information appears herein, which I request that you utilize during the pendency of this appeal. Thank you for all courtesies extended.

Very truly yours,

George J. Petras IV

Courtland Crocker
January 26, 2015
Page 2

GJP/lm
Enclosure
*21400-48 Deputy Clerk.ltr 012615.doc*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **letter to the Court** was delivered to the attorneys of record via facsimile, on this 26th day of January, 2015:

**VIA FACSIMILE: (830) 868-7636**
Zachary P. Hudler
Zachary P. Hudler, P.C.
P.O. Box 1728
Johnson City, Texas 78636

**VIA FACSIMILE: (512) 327-4694**
Michael J. Clark
Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C.
912 South Capital of Texas Highway, Suite 300
Austin, TX 78746

George J. Petras IV



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

December 31, 2014

Mr. Zachary P. Hudler
Zachary P. Hudler, PC
P. O. Box 1728
Johnson City, TX 78636
* DELIVERED VIA E-MAIL *

Mr. Michael J. Clark
Thornton Biechlin Segrato Reynolds & Gu
912 S Capital of Texas Hwy Ste 300
West Lake Hills, TX 78746-5242
* DELIVERED VIA E-MAIL *

Mr. George J. Petras Iv
Henslee, Fowler, Hepworth & Schwartz, Pllc
816 N. Congress, Suite 800
Austin, TX 78701-2334
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-14-00819-CV
       Trial Court Case Number:    CV07387

Style:    Judy Weirich
       v. IESI Corporation and Southside Wrecker, Inc.

Dear Counsel:

The Court has been advised that appellant has given notice of appeal. The cause in this Court will bear the number and style shown above. Appellant is requested to forward the $195.00 filing fee and a docketing statement to this Court on or before **January 08, 2015**. *See* Tex. R. App. P. 5, 32.1. If appellant has not already done so, he must make a written request to the clerk and the court reporter and make arrangements for payment of the record within ten days of the receipt of this notice. *See* Tex. R. App. P. 34.6(b)(1).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Courtland Crocker*
Courtland Crocker, Deputy Clerk

cc:    The Honorable Debby Elsbury        Ms. Stephanie Larsen